IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE: SABRINA LEWIS  
DEBTOR

CASE NO: 4:24-bk-10086 J  
CHAPTER 13

## CHAPTER 13 ORDER DISMISSING CASE
## FOR VIOLATING STRICT COMPLIANCE ORDER

COMES NOW THE COURT and finds that an order was entered in the above styled case on July 30, 2024, Docket Entry 75, requiring the debtor to make specific payments to the Trustee. The order further provided that the case was to be dismissed if payments were not submitted as required. The court finds that the payments have not been submitted as required and, therefore, the case should be, and hereby is, dismissed for failure of the debtor to comply with the court's order of July 30, 2024.

IT IS SO ORDERED.

Date: January 24, 2025

/s/ Phyllis M. Jones  
Phyllis M. Jones  
United States Bankruptcy Judge

cc:   Joyce Bradley Babin, Trustee

Lyndsey D. Dilks  
Dilks Law Firm  
P O Box 34157  
Little Rock, AR  72203

Sabrina Lewis  
3484 E. Kiehl Ave, Apt 8409  
Sherwood, AR  72120